UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VINODH RAGHUBIR,

    Plaintiff,

v().                                    Case No:  6:20-cv-1553-Orl-78EJK

BONNIE JEAN PARRISH,  et al.,

    Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Amended Complaint (Doc. 8) and Motion to Vacate (Doc. 9).  This case was dismissed without prejudice on September 4, 2020 (Doc. 6).  Plaintiff has failed to demonstrate any basis for reconsideration of the Order dismissing this case.

Accordingly, it is **ORDERED** as follows:

    1.    Plaintiff's Amended Complaint (Doc. 8) is **STRICKEN** and shall be removed from the record.  The Clerk's Office is directed to return the pleading to Plaintiff.

    2.    Plaintiff's Motion to Vacate (Doc. 9) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party